PROB 12M
(10/01-D/CO)

# UNITED STATES DISTRICT COURT

for

DISTRICT OF COLORADO

U. S. A. vs. Michael Renee Flores　　　　　　　　　　　　　　　Docket No. 05-cr-00380-WDM-01

**Petition on Probation and/or Supervised Release**

　　　　COMES NOW, Robert Haberman, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Michael Renee Flores who was placed on supervision by the Honorable Davis Briones sitting in the court at El Paso, Texas, on the 20th day of August, 2002, who fixed the period of supervision at three (3) years, commencing April 13, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.　　The defendant shall perform 200 hours of community service as directed by the probation officer.

2.　　The defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction of drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.  The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)
The Probation Officer requests a modification of the defendant's conditions of supervised release as more particularly described in the attachment which is incorporated by reference.

　　　　　　I state under penalty of perjury that the foregoing matters are true and correct to the best of my knowledge and belief.

Executed this ___25th___ day of ____September_____, 2006___.

　　　　　　　　　　　　　　　　　　　　　　s/ Robert Haberman
　　　　　　　　　　　　　　　　　　　　　　Robert Haberman,  Probation Officer

### ORDER OF THE COURT

　　　　Based upon the foregoing, I find probable cause exists to modify the Defendant's conditions of supervised release.  I order the conditions of supervised release be modified to include the defendant shall reside in a community corrections center for up to six (6) months to commence when bed space is available, and shall observe the rules of that facility.

Dated this 27th day September, 2006.

　　　　　　　　　　　　　　　　　　　　　　s/ Walker D. Miller
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　WALKER D. MILLER, United States District Judge

**ATTACHMENT**

Attached hereto as <u>Exhibit A</u> and incorporated by reference is a true copy of the Acknowledgment of Conditions of Supervision signed by the defendant on April 18, 2005. His signature on this occasion acknowledges that the conditions had been read and explained to him, that he fully understood said conditions, and that he was provided with a copy of them. The term of supervised release commenced on April 13, 2005.

Attached hereto as <u>Exhibit B</u> and incorporated by reference is a signed statement executed by the defendant and defense counsel, which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release.

On August 2, 2006, I notified the Court that the defendant had submitted a urine specimen that tested positive for illegal drugs on July 19, 2006. At that time, I requested that no adverse action be taken by the Court and that the defendant be placed back into substance abuse treatment and random urinalysis. On August 4, 2006, your Honor concurred with this action.

On August 23, 2006, I was notified by Crossroads Managed Care Systems that the urine specimen the defendant submitted on August 16, 2006, tested positive for cocaine.

On September 8, 2006, the defendant reported to the probation office and admitted to using cocaine with his brother on September 5, 2006. The defendant agreed that it would be in his best interest to be placed in the community corrections center.

On September 13, 2006, I was notified by Crossroads Managed Care Systems that the urine specimen the defendant submitted on September 7, 2006, tested positive for cocaine.

On September 17, 2006, I was notified by Crossroads Managed Care Systems that the urine specimen the defendant submitted on September 11, 2006, tested positive for cocaine.

Based on the forgoing, I believe that the defendant has demonstrated through his actions that he requires more structure and monitoring, which can only be provided through community corrections center placement. The defendant will also be provided with substance abuse counseling and be required to provide random urinalysis while at the community correction center. Should the defendant continue to use illicit drugs, or violate any other conditions of his supervised release, I will quickly file a petition to revoke supervised release. As reflected on the Waiver of Hearing to Modify Conditions of Supervised Release, executed by the defendant and defense counsel, all parties are in agreement to the proposed modification.